641 A.2d 1038

STATE OF NEW JERSEY v. ESTABAN VALENCIA.

March 24, 1994.

Certification is granted, limited solely to the issue of due process entrapment, and the matter is summarily remanded to the Appellate Division for consideration in light of *State v. Florez,* 134 *N.J.* 570, 636 *A.*2d 1040 (1994).

641 A.2d 1038

BARBARA CARLEVARO v. RICHARD WESLER.

March 24, 1994.

Certification is granted, and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits.

641 A.2d 1038

STATE OF NEW JERSEY, BY THE COMMISSIONER OF TRANSPORTATION v. HOPE ROAD ASSOCIATES.

March 28, 1994.

Certification is granted, and the judgment of the Appellate Division is summarily modified to the extent that the new trial pursuant to the remand of that court shall be conducted in the light of this Court's decision in *State, Commissioner of Transportation v. Caoili,* 135 *N.J.* 252, 639 *A.*2d 275 (1994). Jurisdiction is not retained.